No. A–1028. WORCESTER CITY HOSPITAL ET AL. *v.* HATH-AWAY. C. A. 1st Cir. Application for stay of mandate presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. 

No. 72–394. WEINBERGER, SECRETARY OF HEALTH, ED-UCATION, AND WELFARE, ET AL. *v.* HYNSON, WESTCOTT & DUNNING, INC.;

No. 72–414. HYNSON, WESTCOTT & DUNNING, INC. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL.;

No. 72–555. WEINBERGER, SECRETARY OF HEALTH, ED-UCATION, AND WELFARE, ET AL. *v.* BENTEX PHARMACEU-TICALS, INC., ET AL.;

No. 72–666. USV PHARMACEUTICAL CORP. *v.* WEIN-BERGER, SECRETARY OF HEALTH, EDUCATION, AND WEL-FARE, ET AL. C. A. 4th Cir.; and

No. 72–528. CIBA CORP. *v.* WEINBERGER, SECRETARY OF HEALTH EDUCATION, AND WELFARE, ET AL. C. A. 3d Cir. [Certiorari granted, 409 U. S. 1105.] Motions of American Public Health Assn. et al., Pharmaceutical Manufacturers Assn., and Proprietary Assn. for leave to file briefs as *amici curiae* granted.

No. 72–459. SLOAN, TREASURER OF PENNSYLVANIA, ET AL. *v.* LEMON ET AL.; and

No. 72–620. CROUTER *v.* LEMON ET AL. Appeals from D. C. E. D. Pa. [Probable jurisdiction noted, 410 U. S. 907.] Motion of National Education Assn. et al. for leave to file a brief as *amici curiae* granted.

No. 72–5794. DAVIS *v.* ALASKA. Sup. Ct. Alaska. [Certiorari granted, 410 U. S. 925.] Motion of Arthur Bembury for leave to file a brief as *amicus curiae* granted.